**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street*
*Suite 1100*
*White Plains, New York 10606*

November 12, 2024

**Request for extension of the Government's due date for its sentencing memorandum from November 12, 2024 to November 15, 2024 is GRANTED. The Clerk of Court is kindly requested to terminate the motion at ECF No. 56.**

**BY ECF & E-MAIL**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:     *United States v. Sheafe*, 24 Cr. 301 (NSR)

SO ORDERED:

**Dated: November 12, 2024**
**White Plains, New York**

NELSON S. ROMÁN
United States District Judge

Dear Judge Román:

The Government respectfully submits this letter request with consent of defense for a brief extension of the Government's due date for its sentencing memorandum in the above-referenced cased from today, November 12, 2024, to Friday, November 15, 2024. The defendant is scheduled to be sentenced on Tuesday, November 20, 2023 at 10:00 a.m. On November 5, 2024, the defense filed a comprehensive sentencing submission with multiple exhibits, including a psychiatric and risk assessment. The Government would like more time to evaluate points raised in the defense submission, which will inform its position at sentencing, and to prepare its submission in response. Counsel for the defendant has advised the Government that it consents to the foregoing request for an extension.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/12/2024__

By: */s/ Kevin T. Sullivan*_____
Kevin T. Sullivan
Assistant United States Attorney
(914) 993-1924

cc:     Elizabeth Quinn, Esq. (by ECF & E-Mail)

MEMO ENDORSED